**Joseph A. WHITEAKER, Plaintiff–Appellant,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY, Defendant–Appellee.**

No. 02–2419.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2003.

Decided July 8, 2003.

William A. Coates, Roe, Cassidy, Coates, & Price, P.A., Greenville, South Carolina, for Appellant. J.D. Quattlebaum, Haynsworth Sinkler Boyd, P.A., Greenville, South Carolina, for Appellee.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph A. Whiteaker appeals the district court's order granting Metropolitan Life's motion for summary judgment and dis-

missing Whiteaker's claim under the Employment Retirement Income Security Act of 1974, 29 U.S.C.A. §§ 1001–1168 (West 1999 & Supp.2003). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its comprehensive opinion. *See Whiteaker v. Metro. Life Ins. Co.,* No. CA–00–2693–0–10 (D.S.C. Nov. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*